AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| GRACYN DAWN COURTRIGHT | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GRACYN DAWN COURTRIGHT ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1), (a)(2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. 641- Theft of Government Property (under $1,000)

Date: 01/16/2021

2021.01.16 12:44:33 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/19/2021 , and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Charleston, WV .

Date: 1/19/2021

*Arresting officer's signature*

Georgia Marshall, Special Agent
*Printed name and title*