CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-cr-72 (CRC) |
| ) | |
| Gracyn Courtright ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved: _____    Date: 8/30/21

Christopher R. Cooper
United States District Judge