UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-0072 (CRC) |
| v. : | |
| : | |
| GRACYN COURTRIGHT, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through her attorney, Thomas Abbenante, Esquire (collectively "the Parties") respectfully submit this joint notice of filing and state as follows:

On August 30, 2021, Gracyn Courtright (hereinafter "Courtright" or the "defendant") pleaded guilty to Count One of the Information, charging her with a violation of 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) and a sentencing hearing was set for November 16, 2021 at 10:00 a.m. with the parties sentencing memoranda due on November 9, 2021.

The government expects to seek active incarceration in this case, and both parties want additional time to present both aggravating and mitigating factors that will be relevant at sentencing. Based on counsel's schedule, as well as the defendant's current release from custody, and her continued compliance, the parties jointly request a continuance of the sentencing hearing for 30-45 days. The parties are both available on December 17, 2021 if that date is convenient for the Court.

WHEREFORE, the Parties respectfully requests that this Court grant the motion for a 30-45 day continuance of the above-captioned proceeding to a date convenient to the Court.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar 481052

By:     /s/ RAF
Rachel A. Fletcher
TX Bar 24078505
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Room 4840
Washington, D.C.   20530
Office: 202-252-7093
Rachel.Fletcher@usdoj.gov

By:     /s/
Thomas Abbenante, Esq.
Counsel for the Defendant